## AUSTIN V. FITCH, AS GAOLER.

Where two issues in one action are joined, one special and the other general, to different parts of the declaration, and both tried by the jury at the same time, and on motion in arrest, the verdict is set aside as to one, it doth not affect the verdict as to the other.

ACTION for the escape of Richard Spelman imprisoned on two executions in favor of the plaintiff; the escape upon both is laid to have been at the same time.    A special plea was made in bar of one, and not guilty plead as to the other. Both the issues were tried by the jury, who found the special issue in favor of the plaintiff, and the general issue in favor of the defendant.

The plaintiff moved in arrest of judgment upon the special issue found against him, on the ground of its being immaterial; and the court judged the motion to be sufficient, and ordered a repleader last circuit.

The court now determined—That the repleader extends only to the special issue.